

ORIGINAL
FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 MAY -2 P 2: 05

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOUGLAS ASPHALT COMPANY, )<br>JOEL SPIVEY and KYLE SPIVEY )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE<br>NO. **CV507-038** |

## CERTIFICATE OF INTERESTED PARTIES
### S.D. Ga. L.R. 3.2

(1) The undersigned Counsel of Record for Arch Insurance Company certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Arch Insurance Company | Plaintiff |
| Douglas Asphalt Company | Defendant |
| Joel Spivey | Defendant |
| Kyle Spivey | Defendant |

(2) The undersigned further certifies that the following is a full and complete list of officers, directors or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Ralph Edward Jones, III | Arch - Chairman & CEO & Director |
| Mark Donald Lyons | Arch – Director & President & CEO |
| Fred Sheldon Eichler | Arch – Director & Senior VP & CFO |
| Martin John Nilsen | Arch – Director & Sr. VP, Sec'y & General Counsel |
| Ramin Taraz | Arch – Controller |
| Dennis Robert Brand | Arch – Executive VP |
| Thomas Griffeth Kaiser | Arch – Director & Executive VP |
| John Paul Mentz | Arch – Director & Executive VP |
| Joseph Charles O'Donnell | Arch – Executive VP |
| Paul Harmon Stewman | Arch – Executive VP |
| Nathan James Warde | Arch – Executive VP |
| Ellen Hynes Darrigrand | Arch – Director & Executive VP |
| Roy George Mahlstedt | Arch – Executive VP |
| Michael Ray Murphy | Arch – Director & Executive VP |
| William Alexander Palmer | Arch – Executive VP |
| Elaine Anne Trischetta | Arch – Executive VP |

| Name | Identification & Relationship |
|---|---|
| John Stephen Edack | Arch – Executive VP |
| Thomas McMahon | Arch – Executive VP |
| Steven Douglas Nelson | Arch – Executive VP |
| Charles Brian Schmalz | Arch – Executive VP |
| Mark Gerard Wade | Arch – Executive VP |
| Thomas Lawrence Gamble | Arch – Director |
| Joel Spivey | Douglas – CEO & CFO |
| Kyle Spivey | Douglas – Secretary |

(3)   The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

Arch Reinsurance Company

This 30 day of April, 2007.

Respectfully submitted,

John V. Burch
Georgia Bar No. 094900

3

**BOVIS, KYLE & BURCH, LLC**
53 Perimeter Center East
Third Floor
Atlanta, Georgia 30346-2298
770.391.9100
770.668.0878
e-Mail: jvb@boviskyle.com