# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

ARCH INSURANCE COMPANY,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

vs.

DOUGLAS ASPHALT COMPANY,
JOEL SPIVEY, and KYLE SPIVEY,
    Defendants

Case Number CV507-38

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Findings of Fact and Conclusions of Law of the Court entered June 29, 2009, judgment is hereby entered in favor of the Plaintiff, ARCH INSURANCE COMPANY, and against the Defendants, DOUGLAS ASPHALT COMPANY, JOEL SPIVEY, and KYLE SPIVEY, jointly and severally, in the amount of EIGHTY-EIGHT MILLION EIGHT HUNDRED NINETY-TWO THOUSAND ONE HUNDRED TWENTY-EIGHT DOLLARS AND FIFTEEN CENTS ($88,892,128.15), plus post-judgment interest, attorneys' fees, costs and expenses, such costs to be taxed by the Clerk.

IT IS ALSO ORDERED AND ADJUDGED that the Plaintiff, ARCH INSURANCE

COMPANY, is entitled to specific performance of the collateral deposit clause of the indemnity agreement and the immediate deposit of FORTY MILLION DOLLARS AND ZERO CENTS ($40,000,000.00) in collateral.

APPROVED: _____

LISA GODBEY WOOD
UNITED STATES DISTRICT COURT JUDGE

Date: July 2, 2009

SCOTT L. POFF, CLERK

By: Sherry Taylor, Deputy Clerk