IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. CV507-038 |
| DOUGLAS ASPHALT COMPANY, | ) | |
| JOEL SPIVEY and KYLE SPIVEY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Douglas Asphalt Company, Joel Spivey and Kyle Spivey, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the judgment of this Court entered on July 2, 2009, entered in favor of the Plaintiff Arch Insurance Company in the amount of Eighty Eight Million Eight Hundred Ninety-Two Thousand One Hundred Twenty-Eight Dollars and Fifteen Cents ($88,892,128.15), plus post judgment interest, attorneys' fees, costs and expenses, and further ordering the specific performance of the collateral deposit clause of the indemnity agreement and immediate deposit of Forty Million Dollars and Zero Cents ($40,000,000.00) in collateral.

This 10th day of July, 2009.

/s/ Ashleigh R. Madison
Ashleigh R. Madison
Georgia Bar No: 346027
Jeremy S. Mackenzie
Georgia Bar No: 436655

304 E. Bay Street
Savannah, GA 31401
(912) 231-1140 - Telephone
(912) 231-0133 - Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the NOTICE

OF APPEAL by serving on all counsel of record by causing same to be placed in the

United States Mail in a properly addressed envelope with adequate postage thereon to:


John V. Burch, Esq.
Christina Craddock, Esq.
BOVIS, KYLE & BURCH, LLC
53 Perimeter Center East
Third Floor
Atlanta, Georgia 30346-2298

Kenneth E. Futch, Jr., Esquire
The Futch Law Firm
110 Screven Avenue
Waycross GA 31501

This 10th day of July, 2009.


/s/ Ashleigh R. Madison
Ashleigh R. Madison
Georgia Bar No. 346027

SAVAGE, TURNER, PINSON & KARSMAN
304 East Bay Street
Savannah, Georgia  31401
(912) 231-1140