UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Waycross Division

ARCH INSURANCE COMPANY

vs

DOUGLAS ASPHALT COMPANY, et al

CASE NUMBER  CV507-38

### ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __19__ day of __February__, 2010.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA